IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEBRA E. BLOOMFIELD, and
KIRMAN COURT APARTMENTS, LLC,

          3:16-cv-00515-HDM-VPC

    Plaintiffs,

          ORDER

    vs.

SABLES, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3,

    Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Gloria Navarro for reassignment.

    It is so Ordered.

    Dated this 31st day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE