AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**\*\*\*\***      DISTRICT OF    NEVADA

DEBRA E. BLOOMFIELD, an individual;
and KIRMAN COURT APARTMENTS,
LLC, a Nevada Limited Liability Company,
       Plaintiffs,
V.

SABLES, LLC, a Limited Liability
Company; U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR
LEHMAN BROTHERS SMALL BALANCE
COMMERCIAL MORTGAGE PASSTHROUGH
CERTIFICATES, SERIES 2007-3,
a national association; and DOES 1 through 10,
       Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:16-cv-00515-MMD-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (ECF No. 20) is granted. Judgment is hereby entered in favor of Defendants in this case.

  October 5, 2017                                         **DEBRA K. KEMPI**
                                                                           Clerk

                                                                  /s/ D. R. Morgan
                                                                      Deputy Clerk